# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

12 OCT -2 PM 2:52

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MIGUEL ENRIQUE ARMENTA VILLA,

    Defendant.

CASE NO. 12-cr-03635-JM

BY: _____ DEPUTY

**JUDGMENT OF DISMISSAL**

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) as charged in the Indictment/Information:

21:952 and 960 - Importation of Methamphetamine (1)

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/2/12

_____
Nita L. Stormes
U.S. Magistrate Judge